AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Kirkpatrick B. Dunbar<br>*Plaintiff*<br>v.<br>Pharmax Inc. and My Chao Realty Corp.<br>*Defendant* | )<br>)<br>)  Case No.  19-cv-2339<br>)<br>) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Pharmax Inc. and My Chao Realty Corp.

Date:    04/11/2019

*Attorney's signature*

Lydia Y. Mann - 4591509
*Printed name and bar number*
401 Broadway, Suite 306
New York, NY 10013

*Address*

Lmann@mannlawny.com
*E-mail address*

(212) 941-1888
*Telephone number*

(212) 941-0554
*FAX number*